## LETTERMAN v. STATE.
### No. 15282.

Court of Criminal Appeals of Texas.
April 27, 1932.

Lackey & Lackey, of Stinnett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.